# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SAUCEDA, et al., | Case No. 1:16-cv-01635-DAD-SAB |
| Plaintiffs, | ORDER RE STIPULATION |
| v. | (ECF No. 14) |
| FORD MOTOR COMPANY, et al., | DEADLINE: December 28, 2016 |
| Defendants. | |

On December 16, 2016, Plaintiffs and Defendant Swanson Fahrney Ford Sales filed a second stipulation to extend time for Defendant Swanson Fahrney Ford Sales to file an answer to the complaint. Accordingly, IT IS HEREBY ORDERED that Defendant Swanson Fahrney Ford Sales shall file a response to the complaint on or before December 28, 2016.

IT IS SO ORDERED.

Dated: __December 19, 2016__

UNITED STATES MAGISTRATE JUDGE

1