# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SAUCEDA, et al., | Case No. 1:16-cv-01635-DAD-SAB |
| Plaintiffs, | ORDER RE THIRD STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |
| v. | |
| FORD MOTOR COMPANY, et al., | (ECF No. 16) |
| Defendants. | DEADLINE: January 30, 2017 |

On December 28, 2016, Plaintiffs and Defendant Swanson Fahrney Ford Sales filed a third stipulation to extend time for Defendant Swanson Fahrney Ford Sales to file an answer to the complaint. The Court shall approve this third stipulation for an extension of time. However, the parties are advised that due to Court's caseload and the Court's desire to have cases decided in an expedient manner, further requests for extensions of time will not routinely be granted and will only be granted upon a showing of good cause.

Accordingly, IT IS HEREBY ORDERED that Defendant Swanson Fahrney Ford Sales shall file a response to the complaint on or before January 30, 2017.

IT IS SO ORDERED.

Dated:  **December 29, 2016**

UNITED STATES MAGISTRATE JUDGE

1