UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SAUCEDA, an individual, and ISIDRO SAUCEDA, an individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware corporation, SWANSON FAHRNEY FORD SALES, and DOES 1-30, inclusive<br><br>    Defendants. | Case No. 1:16-cv-01635-DAD-SAB<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

GOOD CAUSE APPEARING based on the Joint Stipulation to Continue the Initial Case Management Conference is continued from March 21, 2017, at 9:00 a.m., to April 25, 2017 at 9:00 a.m.  A joint scheduling report is due one week before the new conference date.

IT IS SO ORDERED.

Dated:  **March 7, 2017**

UNITED STATES MAGISTRATE JUDGE

1