# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SAUCEDA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>Defendants. | Case No. 1:16-cv-01635-DAD-SAB<br><br>ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 24)<br><br>SIXTY DAY DEADLINE |

On April 14, 2017, Plaintiffs filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **April 18, 2017**

UNITED STATES MAGISTRATE JUDGE

1