# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SAUCEDA, et al., | Case No. 1:16-cv-01635-DAD-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED |
| v. | |
| FORD MOTOR COMPANY, et al., | (ECF No. 25) |
| Defendants. | FIVE DAY DEADLINE |

On April 14, 2017, Plaintiff filed a notice informing the Court that this action had been settled. Plaintiff was ordered to file dispositional documents within sixty days of April 18, 2017. More than sixty days have passed and Plaintiff has not filed dispositional documents or otherwise responded to the April 18, 2017 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE within **five (5) days** of the date of entry of this order why dispositive documents have not yet been filed.

1

**Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Dated: __**July 10, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE