# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SAUCEDA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  1:16-cv-01635-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION<br><br>(ECF No. 27) |

　　　　This action was filed on October 28, 2016.  (ECF No. 1.)  On April 14, 2017, filed a notice of settlement of the action.  (ECF No. 24.)  On July 10, 2017, Plaintiff filed a stipulation dismissing this action with prejudice with each party to bear its own costs and fees.  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).  All pending matters are terminated.

IT IS SO ORDERED.

Dated:  **July 18, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1